UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNI-SCREW EUROPE BV,<br><br>    **Plaintiff,**<br><br>  **v.**<br><br>UNISCREW WORLDWIDE, INC. and<br>STEWART TIPPING,<br><br>    **Defendants.** | No. 07 CV \_\_\_\_ (\_\_)<br><br>**PLAINTIFF UNI-SCREW EUROPE<br>BV'S RULE 7.1 DISCLOSURE<br>STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned

counsel for Plaintiff Uni-Screw Europe BV ("Uni-Screw") hereby states:

1.  Plaintiff Uni-Screw does not have any parent corporation.

2.  No publicly held corporation owns 10% or more of Uni-Screw stock.

Respectfully submitted this _b_th day of August, 2007.

        By

        Sarah C. Hsia (SH-1030)
        Natalie Clayton (NC-6954)
        ALSTON & BIRD LLP
        90 Park Avenue
        New York, NY 10016
        (212) 210-9400
        *Attorneys for Plaintiff*

*Of Counsel:*
Bruce J. Rose (*admitted in North Carolina*)
Brian F. McMahon (*admitted in New York & California*)
ALSTON & BIRD LLP
101 S. Tryon St., Ste 4000
Charlotte, NC 28280-4000
(704) 444-1000