UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNI-SCREW EUROPE BV,<br><br>    Plaintiff,<br><br>  v.<br><br>UNISCREW WORLDWIDE, INC. and STEWART TIPPING,<br><br>    Defendants. | No. 07 CV 7033 (PKC)(AJP)<br><br>**NOTICE OF APPEARANCE** |

    PLEASE TAKE NOTICE that the undersigned counsel appears on behalf of Plaintiff Uni-Screw Europe BV, in the above-captioned proceeding.

Dated: New York, New York
   August 9, 2007

              /s/ Sarah C. Hsia
              Sarah C. Hsia (SH-1030)
              Alston & Bird LLP
              90 Park Avenue
              New York, NY 10016
              (212) 210-9400
              Sarah.hsia@alston.com