**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**UNI-SCREW EUROPE BV,**

                **Plaintiff,**

        **v.**

**UNISCREW WORLDWIDE, INC. and**
**STEWART TIPPING,**

                **Defendants.**

---

No. 07 CV 7033 (PKC)(AJP)

**[PROPOSED] ORDER SEALING CERTAIN DOCUMENTS**

Upon the request of Plaintiff Uni-Screw Europe BV to file under seal Exhibit A of

its August 6, 2007 Complaint,

IT IS HEREBY ORDERED that Plaintiff's Motion to File Exhibit Under Seal is

GRANTED and that Exhibit A to Plaintiff's Complaint filed August 6, 2007 shall be

maintained under seal by the Clerk of the Court.

Dated: New York, New York
        August ___, 2007

        _____
            HON. P. KEVIN CASTEL, U.S.D.J.