AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

UNI-SCREW EUROPE BV,
Plaintiff,

V.

UNISCREW WORLDWIDE, INC. and STEWART TIPPING, Defendant(s)

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:  07 CV __ (__)

**07 CIV 7033**

**JUDGE CASTEL**

TO: (Name and address of Defendant)

Uniscrew Worldwide, Inc.
~~912 Westcourt Drive~~
~~Knoxville, Tennessee 37919~~
C/O G. MARK MAMANTOV (REG. AGENT)
900 S. GAY ST., STE 1700
KNOXVILLE, TN 37902

Stewart Tipping
6 New Cottages
Green Lymington Road
East End, Lymington,
Hampshire SO41 5SL
United Kingdom

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Sarah C. Hsia
Alston & Bird LLP
90 Park Avenue
New York, NY 10016

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                    AUG 0 6 2007

CLERK  /s/ Marios Quintero                            DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 8-9-07 |
| NAME OF SERVER (PRINT) VERNON MYERS | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 900 S. GAY ST. KNOXVILLE, TN
   ATTY ~~ACCEPTED SERVICE~~

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8-9-07  _____Vernon Myers_____
              Date        Signature of Server

P.O. BOX 1748
KNOXVILLE, TN 37901-1748

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------X
UNI-SCREW EUROPE BV,

        Plaintiff(s),

    -against-

UNISCREW WORLDWIDE, INC., et al.,
        Defendant(s).
---------------------------------------------------X
STATE OF TENNESSEE   )
      S.S.:
COUNTY OF KNOX   )

Index No. 07 CIV 7033

AFFIDAVIT OF SERVICE

Verlin Myers, being duly sworn, deposes and says that he is over the age of eighteen years, is an agent of the attorney service, D.L.S., Inc., and is not a party to this action.

That on the 9th day of August, 2007, at approximately the time of 2:30 P.M., deponent served a true copy of the SUMMONS, COMPLAINT, JUDGES RULES & MAGISTRATES RULES upon Uniscrew Worldwide, Inc., c/o G. Mark Mamantov at 900 South Gay Street, Suite 1700, Knoxville, TN, by personally delivering and leaving the same with G. Mark Mamantov who informed deponent that he holds the position of Registered Agent with that company and is authorized by law to receive service at that address.

G. Mark Mamantov is a white male, approximately 50 years of age, stands approximately 5 feet 10 inches tall, weighs approximately 165 pounds with GRAY hair.

_____
PROCESS SERVER

Sworn to before me this
   day of August, 2007

_____
NOTARY PUBLIC
MY COMMISSION EXPIRES
March 9, 2011

JENNIFER PLOTT
STATE OF TENNESSEE
NOTARY PUBLIC
KNOX COUNTY

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com

Received Time Aug.10. 2:04PM