**MEMO ENDORSED**

**ALSTON&BIRD LLP**

90 Park Avenue
New York, New York 10016

212-210-9400
Fax: 212-210-9444
www.alston.com

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/15/07
```

Sarah C. Hsia          Direct Dial: 212-210-9541          E-mail: sarah.hsia@alston.com

August 9, 2007

RECEIVED
AUG 10 2007
CHAMBERS OF
P. KEVIN CASTEL
U.S.D.J.

*VIA UPS*

Honorable P. Kevin Castel
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   Uni-Screw Europe BV v. Uniscrew Worldwide, Inc. et al., 07 CV 7033 (PKC)(AJP)

Dear Judge Castel:

We represent the plaintiff Uni-Screw Europe BV, in the referenced action. The enclosed courtesy copies of the Notice of Motion to File Under Seal and [proposed] Order Sealing Certain Documents were electronically filed today; they are noted as item number four on the court's docket.

The document that we are seeking to file under seal, which is Exhibit A to the Complaint, is attached hereto, but has not been filed with the court due to the confidential nature of the document and the nature of the motion itself.

Respectfully submitted

/s/ Sarah C. Hsia

Sarah C. Hsia

SCH:cj
Enclosures

LEGAL02/30483622v1

*Handwritten endorsement:* I will allow the Exhibit A to be filed under seal without prejudice to the right of any person to move to unseal. The parties are directed to familiarize themselves with US v. AMODEO, 44 F.3d 141 (2d Cir. 1995) and Lugosch v. Pyramid, 435 F.3d 110 (2d Cir. 2006). SO ORDERED. /s/ PKC USDJ 8-15-07

One Atlantic Center          Bank of America Plaza          3201 Beechleaf Court, Suite 600          601 Pennsylvania Avenue, N.W.          Brienner Strasse 11/V
1201 West Peachtree Street   101 South Tryon Street, Suite 4000   Raleigh, NC 27604-1062          North Building, 10th Floor               80333 Munich
Atlanta, GA 30309-3424       Charlotte, NC 28280-4000             919-862-2200                   Washington, DC 20004-2601                (49) (89) 238-0-70
404-881-7000                 704-444-1000                         Fax: 919-862-2260              202-756-3300                              Fax: (49) (89) 238-0-7110
Fax: 404-881-7777            Fax: 704-444-1111                                                   Fax: 202-756-3333                         (Representative Office)