```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/15/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNI-SCREW EUROPE BV,

        **Plaintiff,**

    v.

UNISCREW WORLDWIDE, INC. and
STEWART TIPPING,

        **Defendants.**

No. 07 CV 7033 (PKC)(AJP)

### [PROPOSED] ORDER SEALING CERTAIN DOCUMENTS

Upon the request of Plaintiff Uni-Screw Europe BV to file under seal Exhibit A of its August 6, 2007 Complaint,

IT IS HEREBY ORDERED that Plaintiff's Motion to File Exhibit Under Seal is GRANTED and that Exhibit A to Plaintiff's Complaint filed August 6, 2007 shall be maintained under seal by the Clerk of the Court.

Dated: New York, New York
       August 15, 2007

_____
HON. P. KEVIN CASTEL, U.S.D.J.