SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/4/07

Uni-Screw Europe BV            Plaintiff,

- against -

UniScrew Worldwide, Inc. and
Stewart Tipping               Defendants.

07 CV 7033 (PKC)(AJP)

ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION

Upon the motion of Sarah C. Hsia, attorney for Uni-Screw Europe BV,

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Bruce J. Rose |
| Firm Name: | Alston & Bird LLP |
| Address: | 101 South Tyron Street, Suite 4000 |
| City/State/Zip: | Charlotte, North Carolina 28280 |
| Phone Number: | (704) 444-1036 |
| Fax Number: | (704) 444-1111 |
| Email Address: | Bruce.Rose@alston.com |

is admitted to practice pro hac vice as counsel for Uni-Screw Europe BV in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: September 4, 2007
City, State: New York, NY

_____
United States District Judge

FOR OFFICE USE ONLY  FEE PAID $          SDNY RECEIPT#

SDNY Form Web 10/2006

LEGAL02/30495856v1