SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| Uni-Screw Europe BV | Plaintiff, | |
| - against - | | 07 CV 7033 (PKC)(AJP) |
| UniScrew Worldwide, Inc. and Stewart Tipping | Defendants. | MOTION TO ADMIT COUNSEL PRO HAC VICE |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Sarah Chih-Jen Hsia, a member in good standing of the Bar of this Court, hereby move for an Order allowing the admission pro hac vice of

| | |
|---|---|
| Applicant's Name: | Bruce J. Rose |
| Firm Name: | Alston & Bird LLP |
| Address: | 101 South Tyron Street, Suite 4000 |
| City/State/Zip: | Charlotte, North Carolina 28280 |
| Phone Number: | (704) 444-1036 |
| Fax Number: | (704) 444-1111 |

Bruce J. Rose is a member in good standing of the Bar of the State of North Carolina.

There are no pending disciplinary proceedings against Bruce J. Rose in any State or Federal court.

Dated: August 31, 2007

City, State: New York, NY

Respectfully Submitted,

_____
Sarah C. Hsia

| | |
|---|---|
| Sponsor's SDNY Bar | SH 1030 |
| Firm Name: | Alston & Bird LLP |
| Address: | 90 Park Avenue |
| City/State/Zip: | New York, NY 10016 |
| Phone Number: | (212) 210-9543 |
| Fax Number: | (212) 210-9444 |

SDNY Form Web 10/2006

LEGAL02/30495856v1

SDNY (Rev 10/2006) Pro Hac Vice Sample Affidavit

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| Uni-Screw Europe BV | Plaintiff, | |
| - against - | | 07 CV 7033  (PKC)(AJP) |
| UniScrew Worldwide, Inc. and Stewart Tipping | Defendants. | AFFIDAVIT OF SARAH C. HSIA IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE |

State of New York    )
                     ) ss:
County of New York   )

Sarah C. Hsia, being duly sworn, hereby deposes and says as follows:

1. I am an associate at Alston & Bird LLP, counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Bruce J. Rose as counsel pro hac vice to represent Plaintiff in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in March 2004. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Bruce J. Rose since 2004.

4. Mr. Rose is a partner at Alston & Bird LLP, in Charlotte, North Carolina.

5. I have found Mr. Rose to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Bruce J. Rose, pro hac vice.

7. *I respectfully submit a proposed order granting the admission of Bruce J. Rose, pro hac vice,* which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Bruce J. Rose, pro hac vice, to represent the Plaintiff in the above captioned matter, be granted.

Dated:  August 31, 2007
City, State: New York, NY
Notarized:

Respectfully submitted,

*[signature]*

Name of Movant: Sarah C. Hsia

SDNY Bar Code: SH-1030

# Supreme Court
## OF THE STATE OF NORTH CAROLINA



I, Christie Speir Cameron, Clerk of the Supreme Court of North Carolina, do hereby certify that on August 20, 1993, license to practice as an Attorney and Counselor at Law in all the Courts of this State was issued by the North Carolina Board of Law Examiners to

### BRUCE J. ROSE

according to the certified list of licentiates reported by the Secretary of said Board and filed in my office as required by statute.

To the date of this certificate, no order revoking said license has been filed with this Court and no order suspending same is in effect.

WITNESS my hand and the Seal of the Supreme Court of North Carolina at office in Raleigh, this                August 23, 2007                .

*Christie S. Cameron*
Christie Speir Cameron
Clerk of the Supreme Court
of the State of North Carolina

SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

Uni-Screw Europe BV

       Plaintiff,

  - against -         07 CV 7033 (PKC)(AJP)

UniScrew Worldwide, Inc. and
Stewart Tipping        **AFFIDAVIT OF SERVICE**

       Defendants.

STATE OF NEW YORK )
          ) ss:
COUNTY OF NEW YORK )

Yolanda Sanchez, being duly sworn, deposes and says: I am employed in the office of Alston & Bird LLP attorneys for Plaintiff in the above captioned action. On August 31, 2007, I served a true copy of the within Motions to Admit Counsel Pro Hac Vice (Brian McMahon and Bruce Rose), Affidavits of Sarah Hsia in Support of such Motions to Admit Counsel Pro Hac Vice and the Proposed Orders for Admission Pro Hac Vice on Written Motion by mailing a copy of the same in a postage-paid first-class envelope addressed as follows:

Wm. Gregory Hall, Jr.
Shareholder
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
2200 Riverview Tower
900 South Gay Street (Zip 37902)
P.O. Box 1792
Knoxville, TN 37901

Stewart Tipping
6 New Cottages
Green Lymington Road
East End, Lyminton,
Hampshire SO41 5SL
United Kingdom

                     _____
                     Yolanda Sanchez

Sworn to before me this
31 day of August, 2007

_____
Notary Public

RYAN C. CONLEY
Notary Public, State of New York
No. 01CO6158860
Qualified in New York County
Commission Expires January 8, 2011