SDNY (Rev 5/2006) Pro Hac Vice Motion to Admit Counsel

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

Uni-Screw Europe BV                    Plaintiff,

       - against -                                                    07 CV 7033  (PKC)(AJP)

UniScrew Worldwide, Inc. and
Stewart Tipping                         Defendants.         **MOTION TO ADMIT COUNSEL**

                                                                  **PRO HAC VICE**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the

Southern and Eastern Districts of New York, I, Sarah Chih-Jen Hsia, a member in good standing of

the Bar of this Court, hereby move for an Order allowing the admission pro hac vice of

| | |
|---|---|
| Applicant's Name: | Brian F. McMahon |
| Firm Name: | Alston & Bird LLP |
| Address: | 101 South Tyron Street, Suite 4000 |
| City/State/Zip: | Charlotte, North Carolina 28280 |
| Phone Number: | (704) 444-1190 |
| Fax Number: | (704) 444-1770 |

Brian McMahon is a member in good standing of the Bar of the States of New York and California.

There are no pending disciplinary proceedings against Brian F. McMahon
in any State or Federal court.

Dated:   August 21, 2007

City, State: New York, NY

Respectfully Submitted,

Sarah C. Hsia

| | |
|---|---|
| Sponsor's | |
| SDNY Bar | SH 1030 |
| Firm Name: | Alston & Bird LLP |
| Address: | 90 Park Avenue |
| City/State/Zip: | New York, NY 10016 |
| Phone Number: | (212) 210-9543 |
| Fax Number: | (212) 210-9444 |

SDNY Form Web 10/2006

LEGAL02/30474499v1

SDNY (Rev. 10/2006) Pro Hac Vice Sample Affidavit

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| Uni-Screw Europe BV | Plaintiff, | |
| - against - | | 07 CV 7033  (PKC)(AJP) |
| UniScrew Worldwide, Inc. and Stewart Tipping | Defendants. | **AFFIDAVIT OF SARAH C. HSIA IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE** |

State of New York    )
                          )   ss:
County of New York   )

Sarah C. Hsia, being duly sworn, hereby deposes and says as follows:

1. I am an associate at Alston & Bird LLP, counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Brian F. McMahon as counsel pro hac vice to represent Plaintiff in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in March, 2004. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Brian F. McMahon since 2007.

4. Mr. McMahon is an associate at Alston & Bird LLP, in Charlotte, North Carolina.

5. I have found Mr. McMahon to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Brian F. McMahon, pro hac vice.

7. *I respectfully submit a proposed order granting the admission of* Brian F. McMahon, *pro hac vice,* which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Brian F. McMahon, pro hac vice, to represent the Plaintiff in the above captioned matter, be granted.

Dated:  August 31, 2007
City, State: New York, NY
Notarized:

Respectfully submitted,

Name of Movant: Sarah C. Hsia

SDNY Bar Code: SH-1030

SDNY Form Web 10/2006

LEGAL02/30474499v1



# State of New York
## Supreme Court, Appellate Division
## Third Judicial Department

---

I, *Michael J. Novack*, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Brian Francis McMahon

having taken and subscribed the Constitutional Oath of Office as prescribed by law, was duly licensed and admitted to practice by this Court as an Attorney and Counselor at Law in all courts of the State of New York on the **22nd day of September, 2004**, is currently in good standing and is registered with the Administrative Office of the Courts as required by section four hundred sixty-eight-a of the Judiciary Law.

In Witness Whereof, I have hereunto set my hand and affixed the Seal of said Court, at the City of Albany, this **23rd day of August, 2007**.



Clerk

**THE**
**STATE BAR**
**OF CALIFORNIA**

180 HOWARD STREET
SAN FRANCISCO, CALIFORNIA 94105-1639
TELEPHONE (415) 538-2000

August 27, 2007

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, BRIAN FRANCIS MCMAHON, #235373 was admitted to the practice of law in this state by the Supreme Court of California on January 6, 2005; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Uni-Screw Europe BV          Plaintiff,

        - against -                                                    07 CV 7033  (PKC)(AJP)

UniScrew Worldwide, Inc. and

Stewart Tipping          Defendants.          **ORDER FOR ADMISSION**
**PRO HAC VICE**
**ON WRITTEN MOTION**

Upon the motion of Sarah C. Hsia, attorney for Uni-Screw Europe BV,

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Brian F. McMahon |
| Firm Name: | Alston & Bird LLP |
| Address: | 101 South Tyron Street, Suite 4000 |
| City/State/Zip: | Charlotte, North Carolina 28280 |
| Phone Number: | (704) 444-1190 |
| Fax Number: | (704) 444-1770 |
| Email Address: | Brian.McMahon@alston.com |

is admitted to practice pro hac vice as counsel for Uni-Screw Europe BV in the above captioned case in the

United States District Court for the Southern District of New York. All attorneys appearing before this

Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If

this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an

ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:  September ___, 2007

City, State:  New York, NY

_____

United States District Judge

FOR OFFICE USE ONLY: FEE PAID $          SDNY RECEIPT#

SDNY Form Web 10/2006

LEGAL02/30474499v1

SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

Uni-Screw Europe BV

                         Plaintiff,

       - against -                               07 CV 7033  (PKC)(AJP)

UniScrew Worldwide, Inc. and

Stewart Tipping                          **AFFIDAVIT OF SERVICE**

                          Defendants.

STATE OF NEW YORK   )
                        )    ss:
COUNTY OF NEW YORK )

Yolanda Sanchez, being duly sworn, deposes and says: I am employed in the office of Alston & Bird LLP attorneys for Plaintiff in the above captioned action.  On August 31, 2007, I served a true copy of the within Motions to Admit Counsel Pro Hac Vice (Brian McMahon and Bruce Rose), Affidavits of Sarah Hsia in Support of such Motions to Admit Counsel Pro Hac Vice and the Proposed Orders for Admission Pro Hac Vice on Written Motion by mailing a copy of the same in a postage-paid first-class envelope addressed as follows:

Wm. Gregory Hall, Jr.
Shareholder
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
2200 Riverview Tower
900 South Gay Street (Zip 37902)
P.O. Box 1792
Knoxville, TN  37901

Stewart Tipping
6 New Cottages
Green Lymington Road
East End, Lyminton,
Hampshire SO41 5SL
United Kingdom

                                                     Yolanda Sanchez

Sworn to before me this
_3/_ day of August, 2007

_____
      Notary Public

RYAN C. CONLEY
Notary Public, State of New York
No. 01CO6158860
Qualified in New York County
Commission Expires January 8, 2011