UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **UNI-SCREW EUROPE BV,**<br><br>    **Plaintiff,**<br><br>  v.<br><br>**UNISCREW WORLDWIDE, INC. and STEWART TIPPING,**<br><br>    **Defendants.** | No. 07 CV 7033 (PKC)(AJP)<br><br>**REQUEST FOR ENTRY OF DEFAULT** |

TO: J. MICHAEL MCMAHON
   CLERK OF COURT
   UNITED STATES DISTRICT COURT
   SOUTHERN DISTRICT OF NEW YORK

Please enter the default of Defendant UniScrew Worldwide, Inc. for failure to plead or otherwise defend the captioned action as fully appears from the court file herein, and from the attached affidavit of Sarah C. Hsia.

Dated: New York, New York
   September 14, 2007

          /s/ Sarah C. Hsia
          Sarah C. Hsia (SH-1030)
          ALSTON & BIRD LLP
          90 Park Avenue
          New York, NY 10016
          (212) 210-9400
          Sarah.hsia@alston.com

          Bruce J. Rose (*admitted pro hac vice*)
          Brian F. McMahon (*admitted pro hac vice*)
          ALSTON & BIRD LLP
          101 S. Tryon St., Ste 4000
          Charlotte, NC 28280-4000
          (704) 444-1000

          *Attorneys for Plaintiff Uni-Screw Europe BV*