UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNI-SCREW EUROPE BV,<br><br>     **Plaintiff,**<br><br>  v.<br><br>UNISCREW WORLDWIDE, INC. and STEWART TIPPING,<br><br>     **Defendants.** | No. 07 CV 7033 (PKC)(AJP)<br><br>**NOTATION OF DEFAULT** |

  I, J. Michael McMahon, Clerk of Court of the United States District Court for the Southern District of New York, do hereby certify that the Defendant UniScrew Worldwide, Inc. has not filed an answer or otherwise moved with respect to the complaint herein. The default of Defendant UniScrew Worldwide, Inc. is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: New York, New York
   September ___, 2007

                    J. MICHAEL MCMAHON
                    Clerk of Court


                 By: _____
                   Deputy Clerk