# ALSTON&BIRD LLP

90 Park Avenue
New York, New York 10016

212-210-9400
Fax: 212-210-9444
www.alston.com



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/22/08

Sarah C. Hsia            Direct Dial: 212-210-9541            E-mail: sarah.hsia@alston.com

January 17, 2008

*VIA HAND DELIVERY*

Honorable P. Kevin Castel
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:  Uni-Screw Europe BV v. Uniscrew Worldwide, Inc. et al., 07 CV 7033 (PKC)(AJP)

Dear Judge Castel:

We represent the plaintiff Uni-Screw Europe BV, in the referenced action. I have enclosed courtesy copies of an Application for Entry of Default Judgment (with proposed order) filed today, and a Motion to File under Seal (with proposed order), which was electronically filed yesterday.

The documents that we are seeking to file under seal, which are Exhibits 1 and 2 to the Declaration of Bruce J. Rose in Support of Plaintiff's Motion for Entry of Default Judgment, and the Declaration of Frank Romeijn,[1] are attached hereto, but have not been filed with the court due to the confidential nature of these documents. Defendants have still not appeared in this case, so the Parties have not been able to negotiate a Protective Order.

In light of Plaintiff's Application for Entry of Default Judgment, and Defendants' continued failure to appear, Plaintiff respectfully requests that the conference with the Court currently scheduled for January 25, 2008 be adjourned *sine die*, and that Plaintiff be relieved of its obligation to submit a joint letter regarding the initial pre-trial conference to the Court, as required by Your Honor's Order dated August 15, 2007.

---

[1] Exhibit A to the Romeijn Declaration, which is a publicly available document, is also attached to the Application for Default Judgment as Exhibit D.

| | | | | |
|---|---|---|---|---|
| One Atlantic Center | Bank of America Plaza | 3201 Beechleaf Court, Suite 600 | 601 Pennsylvania Avenue, N.W. | Brienner Strasse 11/V |
| 1201 West Peachtree Street | 101 South Tryon Street, Suite 4000 | Raleigh, NC 27604-1062 | North Building, 10th Floor | 80333 Munich |
| Atlanta, GA 30309-3424 | Charlotte, NC 28280-4000 | 919-862-2200 | Washington, DC 20004-2601 | (49) (89) 238-0-70 |
| 404-881-7000 | 704-444-1000 | Fax: 919-862-2260 | 202-756-3300 | Fax: (49) (89) 238-0-7110 |
| Fax: 404-881-7777 | Fax: 704-444-1111 | | Fax: 202-756-3333 | (Representative Office) |

Avv. Gianluigi Volonte
Ufficio Brevetti Rapisardi S.r.l.
January 17, 2008
Page 2

Respectfully submitted

*/s/ Sarah C. Hsia*
Sarah C. Hsia

SCH:cj
Enclosures

LEGAL02/30667298v1