# MEMO ENDORSED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK





| UNI-SCREW EUROPE BV, | |
|---|---|
| Plaintiff, | No. 07 CV 7033 (PKC)(AJP) |
| v. | |
| UNISCREW WORLDWIDE, INC. and STEWART TIPPING, | |
| Defendants. | |

## APPLICATION FOR ENTRY OF DEFAULT JUDGMENT

**PLEASE TAKE NOTICE** that, upon the annexed Declarations of Frank Romeijn and Bruce J. Rose, Esq., the Memorandum of Law in support of this application, and the Proposed Default Judgment all submitted herewith, and upon the Clerk's Certificate of Default and the Complaint to which no response has been made, attached as exhibits to these motion papers, the undersigned hereby applies to this Court, before the Honorable P. Kevin Castel, United States District Judge, in the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Room 2260, New York, New York 10007-1312, for execution and entry of the Proposed Default Judgment as to Defendant UniScrew Worldwide, Inc.

Dated: January 17, 2008

                            Respectfully submitted,

                            /s/ Sarah C. Hsia
                            Bruce J. Rose (*admitted pro hac vice*)
                            Brian F. McMahon (*admitted pro hac vice*)
                            ALSTON & BIRD LLP
                            101 S. Tryon St., Ste 4000
                            Charlotte, NC 28280-4000

LEGAL02/30533384v1

(704) 444-1000

Sarah Hsia (SH-1030)
ALSTON & BIRD LLP
90 Park Avenue
New York, NY 10016
(212) 210-9400

*Attorneys for Plaintiff*

Application granted as to liability (default on).
The Court will conduct an inquest of damages and attorneys' fees on July 14, 2008 at 10:00 a.m. Judgment will await the outcome of the inquest. SO ORDERED

USDJ
3-14-08